IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARK HOLLOWAY, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 4:15-cv-00120-RC-CMC |
| ALPHA RECOVERY CORP., | § § § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Plaintiff, Mark Holloway, and files this Unopposed Motion to Dismiss Plaintiff's Claims With Prejudice, and would respectfully show as follows:

**I.**

By this Motion, Plaintiff, Mark Holloway, respectfully requests the Court to dismiss with prejudice all of his claims and causes of action asserted against Defendant, Alpha Recovery Corp., in this civil action. Defendant has not filed an answer or otherwise made an appearance in this action; therefore, this Motion is not opposed.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Mark Holloway, respectfully requests that this Unopposed Motion to Dismiss Plaintiff's Claims With Prejudice be GRANTED; and, that all claims and causes of action asserted by Plaintiff against Defendant in this civil action be dismissed with prejudice.

Plaintiff prays for all such other and further relief to which he may be justly entitled to herein.

Dated: April ___, 2015.

Respectfully submitted,

  /s/ Daniel J. Ciment
James B. Heston, Esq.
Texas Bar No. 00787689
Daniel J. Ciment, Esq.
Texas Bar No. 24042581

Heston Ciment, PLLC
1800 S. Mason Road, Ste. 240
Katy, Texas  77450
(713) 270-4833 [Telephone]
(713) 583-9296 [Facsimile]
E-mail: Daniel@HestonCiment.com

ATTORNEYS FOR PLAINTIFF
MARK HOLLOWAY